1  FRANK D. POND (BAR NO. 126191)
   MICHAEL A. GRAHAM (BAR NO. 179051)
2  TIMOTHY C. PIEPER (BAR NO. 210731)
   POND NORTH LLP
3  350 South Grand Avenue, Suite 2850
   Los Angeles, CA 90071
4  Telephone:   (213) 617-6170
   Facsimile:   (213) 623-3594
5
   Attorneys for Defendant
6  EATON HYDRAULICS, INC.

7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | JOEL PANZER, as Wrongful Death Heir, and        | Case No: C 06 2902 SC
     as Successor-in-Interest to SAMUEL PANZER,
12 | Deceased; and DON PANZER, as Legal Heir of      | STIPULATION TO EXTEND DEADLINE
     SAMUEL PANZER, Deceased,                       | FOR DEFENDANT EATON
13 |                                                 | HYDRAULICS, INC. TO FILE AN
                Plaintiffs,                          | ANSWER TO PLAINTIFFS' COMPLAINT
14 |
           vs.
15 |
   EATON HYDRAULICS, INC., and DOES 1-
16 | 300
17 |          Defendants.

18

19     This stipulation to extend the deadline for Eaton Hydraulics, Inc. ("Eaton") to file its

20 answer to the Complaint is entered into by and between plaintiffs JOEL PANZER, as Wrongful

21 Death Heir, and as Successor-in-Interest to SAMUEL PANZER, Deceased; and DON PANZER,

22 as Legal Heir of SAMUEL PANZER, Deceased ("Plaintiffs"), by and through their counsel

23 Brayton Purcell, and defendant Eaton, by and through its counsel Pond North LLP, with respect

24 to the following:

25     1.   This case was filed on or about April 28, 2006;

26     2.   Eaton was served with the Summons and Complaint on May 9, 2006;

27     3.   Eaton needs additional time to prepare its Answer and respond to the averments

28 contained in the Complaint;

                                                 1
          STIPULATION TO EXTEND EATON'S DEADLINE TO FILE ANSWER TO COMPLAINT

4.  The requested time modification will have no effect on the schedule for the case.

**IT IS HEREBY STIPULATED** by and between the parties of record herein, through their respective attorneys, that the deadline for Eaton to file its Answer by extended from May 30, 2006, to June 30, 2006.

**STIPULATED AND AGREED TO:**

DATED: May 26, 2006

DAVID DONADIO
BRAYTON PURCELL

By: _____
DAVID DONADIO
Attorneys for Plaintiffs

DATED: May 25, 2006

MICHAEL A. GRAHAM
POND NORTH LLP

By: _____
MICHAEL A. GRAHAM
Attorneys for Defendant
EATON HYDRAULICS, INC.

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION TO EXTEND EATON'S DEADLINE TO FILE ANSWER TO COMPLAINT