1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   Novato, California  94948-6169
4  (415) 898-1555
   (415) 898-1247 (Fax No.)
5
   Attorneys for Plaintiffs
6

7

8              THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11
   JOEL PANZER, as Wrongful Death Heir,      )   No. C06-2902-SC
12 and as Successor-in-Interest to SAMUEL     )
   PANZER, Deceased; and DON PANZER,          )
13 as Legal Heir of SAMUEL PANZER,            )   JOINT MOTION AND STIPULATION TO
   Deceased,                                  )   STAY PROCEEDING OR, IN THE
14                                            )   ALTERNATIVE, TO CONTINUE CASE
              Plaintiffs,                     )   MANAGEMENT DEADLINE AND
15                                            )   CONFERENCE, AND TO EXTEND TIME;
   vs.                                        )   [PROPOSED] ORDER TO STAY;
16                                            )   [PROPOSED ALTERNATIVE] ORDER
   EATON HYDRAULICS, INC., and DOES           )   TO CONTINUE
17 1-300,                                     )
                                              )
18            Defendants.                     )
                                              )
19                                            )
                                              )
20

21         Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and

22 respectfully move the Court for, an Order extending time as set forth in the *Case Management*

23 *Scheduling Order* filed April 28, 2006 (Document 2), for the following good cause:

24         On June 30            , 2006, Defendant EATON HYDRAULICS, INC. filed

25 Document  7  , a Notice to Tag Along Action regarding the pending Multidistrict Litigation

26 ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move

27 Jurisdiction of this matter to that District.

28 //

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1    On July 29, 1991, the Judicial Panel on Multidistrict Litigation ("JPML") entered an

2 order transferring all asbestos personal injury cases pending in the federal courts to the United

3 States District Court for the Eastern District of Pennsylvania, for coordinated pretrial

4 proceedings pursuant to 28 U.S.C. § 1407. That order also applies to "tag-along actions," or

5 actions involving common questions of fact filed after January 17, 1991. Such actions are to be

6 transferred to the eastern District of Pennsylvania as part of MDL 875,  for coordinated pretrial

7 proceedings.

8    The JPML has held that a district court has the authority to stay pending a transfer order.

9 *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001)

10 ("[T]hose courts concluding that such issues should be addressed by the transferee judge need not

11 rule on them, and the process of 1407 transfer in MDL-875 can continue without any

12 unnecessary interruption or delay.")

13    The parties agree that it is likely that the JPML  will transfer this matter to the Eastern

14 District of Pennsylvania.

15    However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order*

16 pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be

17 transferred, pursuant to JPML Rule 13(b).

18    It is likely the dates set forth in the *Case Management Scheduling Order* filed April 28,

19 2006 (Document 2),  including the deadlines imposed by Federal Rules of Civil Procedure 26,

20 will come to pass before the Clerk of the JPML acts.

21    The parties make this Motion on the grounds that a stay of this action would (a) promote

22 judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the

23 parties.

24    Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to

25 and respectfully request the Court VACATE its *Case Management Scheduling Order* filed April

26 28, 2006 (Document 2)  and that the Court issue an Order STAYING this action pending the

27 outcome of the MDL Panel's decision on the merits of the transfer.

28 //

1    In the alternative, the parties hereby STIPULATE to and respectfully request that the

2  dates set forth in the *Case Management Scheduling Order* filed April 28, 2006 (Document 2),

3  vacated and continued pending the outcome of the JPML's decision on the merits of the transfer.

4  Specifically, these deadlines in this matter include the **July 7, 2006** Rule 26 deadline to meet and

5  confer, and file Joint ADR Certification, the **July 7, 2006** Deadline to complete Initial

6  Disclosures, the **July 21, 2006** deadline to file the Joint Case Management Statement and the

7  Case Management Conference currently set for **July 28, 2006.**

8  Dated: ___6|12|06___                          BRAYTON❖PURCELL LLP

9                                                 By: _____

10                                                 David R. Donadio
                                                   Attorneys for Plaintiffs

11 Dated: _8/28/06___                            POND NORTH, LLP

12

13                                               By: _____

14                                                 Timothy C. Pieper /Michael A Graham
                                                   Attorneys for Defendant

15                                                 EATON HYDRAULICS, INC.

16

17           ~~[PROPOSED]~~    **ORDER TO STAY**

18    IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case*

19 *Management Scheduling Order* filed April 28, 2006 (Document 2), are hereby VACATED and

20 that this action is STAYED pending the outcome of the JPML's decision on the merits of the

21 transfer.

22 Dated: ___7/6/06___

23

24                                          IT IS SO ORDERED

25                                          Judge Samuel Conti

26 //

27 //

28 //

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINE AND CONFERENCE, AND TO EXTEND TIME C06-2902-SC

1   [PROPOSED *ALTERNATIVE*]   **ORDER TO CONTINUE**

2          IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case*

3   *Management Scheduling Order* filed April 28, 2006 (Document 2), are hereby VACATED.

4          IT IS FURTHER ORDERED that the following case management deadlines are

5   continued as follows:

6          1.      Last day to meet and confer re initial disclosures, early settlement, ADR process

7   selection, and discovery plan is [set for a date on or after November 15, 2006 to wit:]

8   _____, 2006;

9          2.      Last day to file Joint ADR Certification with Stipulation to ADR process or

10  Notice of Need for ADR Phone Conference is [set for a date after November 15, 2006  to wit:]

11  _____, 2006;

12         3.      Last day to complete initial disclosures or state objection to Rule 26(f) Report,

13  file/serve Case Management Statement and file/serve Rule 26(f) Report is [set for a date after

14  November 15, 2006 to wit:]  _____, 2006; and

15         4.      The Case Management Conference is [set for a date after November 15, 2006 to

16  wit: ] _____ 2006 at 10:00 a.m., Courtroom 1, 17th Floor, 450 Golden Gate

17  Avenue, San Francisco, California.

18  Dated: _____

19

20                                                    _____
                                                      Samuel Conti
21                                                    United States District Court Judge

22

23

24

25

26

27

28

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINE AND CONFERENCE, AND TO EXTEND TIME C06-2902-SC