JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 4 2006

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

AUG 2 2 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 875

C 06-2902 SC

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

(SEE ATTACHED SCHEDULE)

FILED
SEP 1 9 2006

### CONDITIONAL TRANSFER ORDER (CTO-267)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,120 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-267 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ~~ALN 2 06-1168~~ | ~~Connie Damico, et al. v. Ace Hardware Corp., et al.~~ Vacated 8/22/06 |
| **CALIFORNIA EASTERN** | |
| CAE 1 06-352 | B.F. Maharrey, Jr. v. Burlington Northern & Santa Fe Railway Co. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-2902 SC | Joel Panzer, et al. v. Eaton Hydraulics, Inc. |
| CAN 3 06-2994 SI | Richard Jasna, et al. v. General Electric Co., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 1 06-21323 | Marion Furlong, etc. v. Borg-Warner Corp., et al. |
| FLS 1 06-21324 | Lloyd Griffin, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21325 | Don Haas, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21326 | Raymond E. Hall v. Borg-Warner Corp., et al. |
| FLS 1 06-21343 | Roy Francis, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21354 | Phillip Trapasso, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21355 | Wilton Stewart, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21356 | Edward Van Burden v. Borg-Warner Corp., et al. |
| FLS 1 06-21357 | Beverly Van Pelt, etc. v. Borg-Warner Corp., et al. |
| ~~FLS 9 06-80629~~ | ~~Carl Miller v. A.W. Chesterton, Inc., et al.~~  Vacated 8/10/06 |
| ~~FLS 9 06-80630~~ | ~~Michael McPhee, et al. v. A.W. Chesterton, Inc., et al.~~ Vacated 8/15/06 |
| **GEORGIA SOUTHERN** | |
| ~~GAS 2 06-155~~ | ~~Bridget T. Matheus, etc. v. Georgia-Pacific Corp., et al.~~ Vacated 8/21/06 |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 05-117 | Charles Adcock v. GAF Corp., et al. |
| MSN 1 06-163 | Lonnie B. Davidson v. Goodrich Corp., et al. |
| MSN 1 06-165 | James Thomas Baswell v. Gulf Coast Marine Supply Co., et al. |
| MSN 4 06-96 | Gwyn Rinehart, etc. v. Robertson-Ceco Corp., et al. |
| MSN 4 06-99 | Eugene Vaudy Hydrick v. Crane Co., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 06-529 | Robert Vanderson v. Goodrich Corp., et al. |
| MSS 1 06-540 | Billy R. Morgan v. Beazer East, Inc., et al. |
| MSS 1 06-550 | Leroy Williams v. Budd Co., et al. |
| MSS 1 06-553 | Helen C. Jones v. General Electric Co., et al. |
| MSS 1 06-555 | Willie Gray v. General Electric Co., et al. |
| MSS 1 06-594 | Alfred Allen, et al. v. Mississippi Rubber & Specialty Co., et al. |
| MSS 1 06-599 | Howard Price, Jr. v. Robertson-Ceco Corp., et al. |
| MSS 1 06-612 | Clarence Jones v. Crane Co., et al. |
| MSS 1 06-626 | Melvina Holloway, etc. v. Anchor Packing Co., et al. |
| MSS 1 06-637 | Joe Anderson v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 06-644 | Handy Murphy v. Terex Corp., et al. |
| MSS 1 06-645 | Clark Mackey v. FMC Corp., et al. |
| MSS 3 06-178 | Alfred Allen, et al. v. Mississippi Rubber & Specialty Co., et al. |

SCHEDULE CTO-267 - TAG ALONG ACTIONS - MDL-875                                    PAGE 2 OF 2

DIST. DIV. C.A. #              CASE CAPTION

NORTH CAROLINA EASTERN
NCE 4  06-49                   Larry D. Jones v. A.W. Chesterton, Inc., et al.
NCE 4  06-73                   Oral Duane Harris, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA MIDDLE
NCM 1  06-519                  Fred S. Broadway v. 3M Co., et al.
NCM 1  06-522                  Evelyn Dare Hovis, et al v. Kosa, et al.
NCM 1  06-550                  Howard Robert Burridge, et al. v. Aqua-Chem, Inc., et al.
NCM 1  06-551                  Hoyte Allen Dobey, et al. v. Aqua-Chem, Inc., et al.
NCM 1  06-552                  David Thomas Remeta, et al. v. Aqua-Chem, Inc., et al.
NCM 1  06-553                  William Russell Williams, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
NCW 1  06-174                  William Franklin Forlines, et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-175                  Henry Junior Cudd, et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-176                  Steven Russell Faires, et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-178                  Richard Nixon Gabriel, et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-179                  Michael David Mosley, et al. v. Aqua-Chem, Inc., et al.
NCW 1  06-180                  Donald Eugene Oglesby v. Aqua-Chem, Inc., et al.
NCW 1  06-181                  Eddie Stevenson v. Aqua-Chem, Inc., et al.
NCW 1  06-182                  Vaye F. Flowe, etc. v. Aqua-Chem, Inc., et al.
NCW 1  06-187                  Fred Rubin Greene, Jr., et al. v. Anchor Packing Co., et al.
NCW 1  06-201                  Freddie Clifford Smith, et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
NYE 1  06-2079                 Diane B. McMahon, etc. v. A.W. Chesterton Co., et al.
NYE 1  06-2624                 Ernstine F. Caulfield v. A.W. Chesterton Co., et al.
NYE 1  06-2941                 John C. Ferrante, Jr., et al. v. A.W. Chesterton Co., et al.
NYE 1  06-2988                 Evelyn M. Lohman v. A.W. Chesterton Co., et al.
NYE 1  06-2991                 Eileen Mazzeo, etc. v. A.W. Chesterton Co., et al.

NEW YORK SOUTHERN
NYS 1  06-1782                 Russella A. Ridley, et al. v. General Electric Co., et al.

SOUTH CAROLINA
SC  2  06-1777                 James M. Tant, etc. Aventis Cropscience USA Inc., et al.

TEXAS SOUTHERN
TXS 4  06-1728                 Jeanette Rita Borel, et al v. Texaco, Inc., et al.
TXS 6  06-66                   Charlotte Hearn v. Alcoa, Inc.

VIRGINIA EASTERN
~~VAE 3  06-406~~              ~~Doris Hogston, etc. v. Allis-Chalmers Corp., et al.~~ Opposed 8/16/06

WASHINGTON WESTERN
WAW 2  06-895                  Janet A. Small, etc. v. Asbestos Corp., Ltd., et al.
WAW 2  06-902                  Victor M. Mundy, etc. v. General Electric Co., et al.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

August 25, 2006

Richard W. Wieking, Clerk
450 Golden Gate Avenue
Post Office Box 36060
San Francisco, CA 04102-3489

MDL-875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
**SEE ATTACHED LIST**

Dear Clerk:

The enclosed Conditional Transfer Order (CTO-267) is being sent to you regarding the involved actions They have been properly identified as multidistrict litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

**Please do not forward the original record, certified docket entries and/or a certified copy of the transfer order to this District.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Sharon Carter
MDL Coordinator

enclosure